## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NOELLE BUONINCONTRI,

     Plaintiff,

     v.                            Case No.:  6:26-cv-00715-AGM-LHP

HUMBERTO A. LIRIANO,

     Defendant,

---

### ORDER
#### (AND DIRECTION TO THE CLERK)

On May 13, 2026, on Plaintiff's motion, the Court entered default against Defendant Humberto A. Liriano, for his failure to appear by May 11, 2026. Doc. Nos. 12–14; *see also* Doc. No. 11; Fed. R. Civ. P. 12(a)(1)(A)(i).  On May 14, 2026, the Clerk's office docketed a Partial Motion to Dismiss filed by Defendant, appearing *pro se*, on May 12, 2026. Doc. No. 15.  The Partial Motion to Dismiss (Doc. No. 15) has been referred to the undersigned. *See* Doc. No. 8.  Upon consideration, the Partial Motion to Dismiss (Doc. No. 15) will be **DENIED without prejudice**.

First, in light of Defendant's default, and unless such default is set aside, the motion to dismiss cannot proceed. *See* Fed. R. Civ. P. 55(c) ("The court may set aside an entry of default for good cause.").  Second, even if the motion were proper, the filing does not comply with the Court's Local Rules.  The motion fails to comply

-1-

with Local Rule 3.01(b) because it does not include a memorandum of legal authority in support. The motion also does not contain a certificate of conferral as required by Local Rule 3.01(g). *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

Because Defendant proceeds *pro se*, the Court directs his attention to the Court's website, http://www.flmd.uscourts.gov. On the Court's homepage, Defendant can find basic information and resources for parties who are proceeding without a lawyer in a civil case by clicking on the "For Litigants" tab and then clicking on "Litigants without Lawyers." The Local Rules are also available on the website, at https://www.flmd.uscourts.gov/local-rules/filing-a-case.

The Clerk is **DIRECTED** to mail to Defendant a copy of this Order, Plaintiff's motion of Clerk's Default (Doc. No. 12), and the Court's May 13, 2026 Order granting default (Doc. No. 13).

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-2-