UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:26-cv-00715-AGM-LHP

NOELLE BUONINCONTRI,

       Plaintiff,

vs.

HUMBERTO A. LIRIANO,

       Defendant.

_____/

## DEFENDANT'S OFFER OF JUDGMENT AS TO COUNT I – FLSA FAILURE TO PAY MINIMUM WAGES ONLY

Defendant, by and through the undersigned counsel, Todd W. Shulby, P.A., pursuant to Rule 68, Fed.R.Civ.P., hereby submits this Offer of Judgment as to Count I – FLSA Failure to Pay Minimum Wages to Plaintiff and, if accepted in accordance with Rule 68, Fed.R.Civ.P., authorizes the Court to enter judgment in favor of Plaintiff, and against Defendant, as to Count I of the Complaint (ECF No. 1), for alleged FLSA unpaid minimum wages, on the following terms:

      a.     This Offer of Judgment is made on behalf of Defendant to Plaintiff.

      b.     This Offer of Judgment is intended to resolve all claims raised by Plaintiff in the above-styled action by Plaintiff against Defendant, including all unpaid wages, overtime, liquidated damages, associated costs, interest, expenses and

attorneys' fees accrued in relation to the above-captioned action, to the extent recoverable and applicable to the causes of action asserted.

c.    The relevant conditions to this Offer of Judgment are that Defendants pay to Plaintiff: 1) one payment in the amount of $1,877.38 to Plaintiff as alleged unpaid wages, to be made payable to Plaintiff, with all applicable taxes and withholdings deducted from the gross amount of the payment; 2) one payment in the amount of $1,877.38 to Plaintiff as alleged liquidated damages, to be made payable to Plaintiff, with no taxes or withholdings deducted from the gross amount of the payment; and 3) one payment to Plaintiff/ Plaintiff's counsel as reasonable attorney's fees and costs in relation to Count I only, in an amount negotiated by the Parties and/or determined by the Court through the date of this Offer of Judgment, with no taxes or withholdings deducted from the gross amount of the payment. Plaintiff may file a motion with the Court for such attorney's fees and costs in accordance with the applicable rules of procedure.

d.    This settlement amount(s) set forth above will be paid within a reasonable time of the Plaintiff's acceptance of this Offer of Judgment and the entry of a final order on this Offer of Judgment.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on <u>May 30, 2026</u>, a true and correct copy of the

foregoing has been served by e-mail and U.S. Mail to:

Andrew Steven Ballentine, Esq.
Nardella & Nardella, PLLC
135 W. Central Blvd., Unit 300
Orlando, FL 32801
Telephone: (407) 966-2680
Email: aballentine@nardellalaw.com


Respectfully submitted,

TODD W. SHULBY, P.A.
Todd W. Shulby, Esq.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail:  tshulby@shulbylaw.com
Counsel for Defendant

By:    /s/Todd W. Shulby, Esq.
        Florida Bar No.: 068365

3