# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

NOELLE BUONINCONTRI,

      Plaintiff,

v.                                                    CASE NO.: 6:26-cv-00715-AGM-CAB

HUMBERTO A. LIRIANO,
and HORIZON WEST PEDIATRICS
CENTER, PLLC, n/k/a HORIZON
WEST MEDICAL GROUP, PLLC,

      Defendants.

_____/

## CERTIFICATE OF CONTINUED CONFERRAL REGARDING PLAINTIFF'S MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT

Plaintiff, NOELLE BUONINCONTRI ("Plaintiff"), hereby files this Certificate of Continued Conferral regarding Plaintiff's Motion for Clerk's Default Against Defendant, [ECF No. 43] (the "Motion"). Pursuant to Local Rule 3.01(g)(3), Plaintiff certifies that she continued to make reasonable efforts to meet and confer with Defendant, HORIZON WEST PEDIATRICS CENTER, PLLC, n/k/a HORIZON WEST MEDICAL GROUP, PLLC ("Defendant" or "Horizon West"), after filing the Motion but was unable to reach Defendant or obtain a response.

Specifically, counsel for Plaintiff attempted to contact Humberto A. Liriano, Horizon West's Registered Agent and managing member (*see* Case Management Summary, ECF No. 8, Bankr. M.D. Fla. Case No. 6:25-bk-08105), via email at drl@hwpediatrics.com, the email address at which the parties previously

communicated, to resolve the issues raised in the Motion. Counsel for Plaintiff sent emails on August 4, 2026, at 10:49 p.m., August 6, 2026, at 8:48 a.m., and August 10, 2026, at 8:40 a.m. To date, Defendant has not responded to any of these communications.

Dated: August 10, 2026.                    Respectfully submitted,

                                   /s/ *Andrew S. Ballentine*
                                   Andrew S. Ballentine, Esq.
                                   Fla. Bar No.: 118075
                                   NARDELLA & NARDELLA, PLLC
                                   135 W Central Blvd., Suite 300
                                   Orlando, FL 32801
                                   407-966-2680
                                   aballentine@nardellalaw.com
                                   kcooper@nardellalaw.com
                                   *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, a copy of the foregoing was served by United States Postal Service first-class mail on Defendant, Horizon West Pediatrics Center, PLLC, n/k/a Horizon West Medical Group, PLLC, c/o Humberto Liriano, as Registered Agent, 5730 Hamlin Groves Trail, Ste. 164, Winter Garden, FL 34787.

                                   /s/ *Andrew S. Ballentine*
                                   **Andrew S. Ballentine, Esq.**

2

### CERTIFICATION OF COMPLIANCE WITH RULE 11

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

/s/ *Andrew S. Ballentine*
**Andrew S. Ballentine, Esq.**