UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NOELLE BUONINCONTRI,

        Plaintiff,

v.                                                    Case No. 6:26-cv-715-AGM-CAB

HUMBERTO A. LIRIANO et al.,

        Defendants.

_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against **Horizon West Pediatrics Center, PLLC** in Orlando, Florida on the 11th day of August 2026.

        MEGAN MANN, CLERK

        s/GF, Deputy Clerk

Copies furnished to:
Counsel of Record