**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NOELLE BUONINCONTRI,

      **Plaintiff,**

v.                                                         **Case No.: 6:26-cv-00715-AGM-CAB**

**HUMBERTO A. LIRIANO, and**
**HORIZON WEST PEDIATRICS**
**CENTER, PLLC, n/k/a HORIZON**
**MEDICAL GROUP, PLLC,**

      **Defendants.**

_____

## JUDGMENT AS TO COUNT I ONLY

Pursuant to Federal Rule of Civil Procedure 68 and Defendant Humberto A. Liriano's Offer of Judgment as to Count I, it is ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, NOELLE BUONINCONTRI, and against Defendant, HUMBERTO A. LIRIANO, as to Count I of the Complaint, as follows:

1. Plaintiff shall recover from Defendant Humberto A. Liriano the gross amount of $1,877.38 in alleged unpaid wages, subject to all applicable taxes and withholdings;

2. Plaintiff shall recover from Defendant Humberto A. Liriano $1,877.38 in alleged liquidated damages, with no taxes or withholdings deducted from that amount; and

3. Plaintiff shall recover her reasonable attorney's fees and costs in relation to Count I only, through the date of the Offer of Judgment, in an amount to be negotiated by the parties or, if the parties are unable to agree, determined by the Court upon appropriate

motion. Within forty-five (45) days of this Judgment, Plaintiff must file a supplemental motion to determine the award amount pursuant to Local Rule 7.01(c).

The Court retains jurisdiction to determine the amount of Plaintiff's reasonable attorney's fees and costs relating to Count I if the parties are unable to agree upon the amount.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, on this August 12, 2026.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

**Copies Furnished To:**
Counsel of Record