UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:26-cv-00715-AGM-CAB

NOELLE BUONINCONTRI,

Plaintiff,

vs.

HUMBERTO A. LIRIANO, and
HORIZON WEST PEDIATRICS
CENTER, PLLC, n/k/a HORIZON
MEDICAL GROUP, PLLC,

Defendants.
____________________________________/

**UNOPPOSED MOTION OF ATTORNEYS, TODD W. SHULBY, P.A., AND TODD W. SHULBY, ESQ., TO WITHDRAW AS COUNSEL FOR DEFENDANT HUMBERTO A. LIRIANO**

Todd W. Shulby, P.A., and Todd W. Shulby, Esq., submit this Unopposed Motion to Withdraw as Counsel for Defendant, HUMBERTO A. LIRIANO (hereinafter "Defendant") in the above-referenced cause and in support thereof state as follows:

1. Defendant's counsel hereby files this motion asking that the Court permit Defendant's counsel to withdraw as counsel for HUMBERTO A. LIRIANO.

2. Attached is Defendant's Consent for Attorney to Withdraw. *See* attached Exhibit 1.

3. Plaintiff's counsel has indicated that Plaintiff does not object to the undersigned withdrawing as counsel of record for HUMBERTO A. LIRIANO.

4. This Motion to Withdraw is not filed with the intent to hinder, delay or continue the trial in this cause.

5. If this motion is granted, and until further notice from Plaintiff, all future pleadings and correspondence should be directed to:

Humberto A. Liriano, M.D.
1196 Ivy Manor Street
Minneola, Florida 34745
Telephone: (407) 848-9394
E-mail: haliriano@yahoo.com
Additional email: hlfanduizmd@gmail.com

6. Accordingly, the undersigned counsel requests that this Court grant this Motion to Withdraw.

WHEREFORE, Todd W. Shulby, P.A. and Todd W. Shulby, Esquire, respectfully request that this Court grant this motion allowing them to withdraw as counsel of record in the above-referenced matter.

Respectfully submitted,

TODD W. SHULBY, P.A.
Todd W. Shulby, Esq.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com

By: /s/Todd W. Shulby, Esq.
Florida Bar No.: 068365