UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:26-cv-00715-AGM-CAB

NOELLE BUONINCONTRI,

Plaintiff,

vs.

HUMBERTO A. LIRIANO, and
HORIZON WEST PEDIATRICS
CENTER, PLLC, n/k/a HORIZON
MEDICAL GROUP, PLLC,

Defendants.
_______________________________________/

**CONSENT FOR ATTORNEY TO WITHDRAW AS COUNSEL FOR DR. HUMBERTO A. LIRIANO**

COME NOW, the Defendant, HUMBERTO A. LIRIANO, who consents to the withdrawal of his attorney, TODD W. SHULBY, P.A., and TODD W. SHULBY, ESQ., as counsel of record in the above-referenced matter. Defendant represents that he has been provided with sufficient time to consider this matter and that he desires to proceed to represent himself *pro se*. Defendant understands that as an individual he is permitted to represent himself and is not required to have an attorney.

☐

**DEFENDANT:**

DR. HUMBERTO A. LIRIANO

Humberto A. Liriano, MD
DR. HUMBERTO A. LIRIANO

8/20/2024
DATE