UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NOELLE BUONINCONTRI,

Plaintiff,

v. Case No. 6:26-cv-715-AGM-CAB

HUMBERTO A. LIRIANO and
HORIZON WEST PEDIATRICS
CENTER, PLLC,

Defendants.

---

**ORDER**

This matter comes before the Court on Todd W. Shulby, P.A. and Todd W. Shulby, Esquire's Renewed Unopposed Motion to Withdraw as Counsel for Defendant Humberto A. Liriano ("**Defendant Liriano**"). (Doc. 51). Defendant Humberto A Liriano consents to the withdrawal. (Doc. 51-1).

Upon due consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Renewed Unopposed Motion to Withdraw as Counsel for Defendant Humberto A. Liriano is **GRANTED in part** and **DENIED in part**;

2. The Court recognizes appearances and requests to withdraw by lawyers, not law firms. *See* Local Rule 2.02(c)(2). As such, Todd W. Shulby, P.A.'s request to withdraw as counsel for Defendant Liriano is **DENIED**;

3. However, Attorney Todd W. Shulby's request to withdraw as counsel for Defendant Liriano is **GRANTED**. Attorney Todd W. Shulby is hereby **TERMINATED** as counsel in this case;

4. Defendant Liriano will now proceed *pro se* unless and until new counsel makes an appearance on behalf of Defendant Liriano;

5. Defendant Liriano remains obligated to comply with all pending deadlines and orders in this case and is cautioned that any motion not responded to within the time provided by the rules of this Court will be deemed unopposed and ruled upon without further warning, *see* Local Rule 3.01(d);

6. As a *pro se* litigant, Defendant Liriano is subject to the same laws and rules of court as litigants who are represented by counsel, including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of the United States District Court for the Middle District of Florida (the "**Local Rules**"),[1] *see Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989);

[1] All filings with the Court must be made in accordance with the Federal Rules of Civil Procedure and the Local Rules. The Local Rules are available for review on the public website for the United States District Court for the Middle District of Florida at www.flmd.uscourts.gov and a copy may

7. In particular, if Defendant Liriano needs additional time to comply with any deadline set by the Case Management and Scheduling Order, Defendant Liriano must file a motion with the Court seeking an extension of time supported by good cause and, as with all motions, must confer in person or by telephone with opposing counsel prior to filing the motion and certify in the motion that conferral occurred, Local Rule 3.01(g);

8. Defendant Liriano is cautioned that the failure to comply with the deadlines in this case set by the rules and orders of this Court may result in the imposition of appropriate sanctions; and

9. Attorney Todd W. Shulby is **DIRECTED** to provide Defendant Liriano with a copy of this Order.

**DONE AND ORDERED** in Orlando, Florida on September 9, 2026.

Chauncey A. Bratt
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

be obtained by visiting the Clerk's office. The Federal Rules of Civil Procedure are generally available for review at public libraries throughout the country and in the law libraries of state and federal courthouses.