UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NOELLE BUONINCONTRI,
Plaintiff,

v. Case No. 6:26-cv-00715-AGM-CAB

HUMBERTO A. LIRIANO, and
HORIZON WEST PEDIATRICS CENTER, PLLC,
n/k/a HORIZON WEST MEDICAL GROUP, PLLC,
Defendants.

_______________________________________/

**Attachment A Line by Line Billing Objections**

Defendant Humberto A. Liriano submits this schedule solely for the amount of fees recoverable against him under Count I. It identifies all 123 fee entries in Doc. 57-1, Invoice 24087 (supporting the motion filed October 9, 2026), in invoice order. Docket page references below refer to Doc. 57-1, not the invoice's internal page numbers.

**Requested fees: $13,236.00. Admitted rate correction: $30.00. Task reductions at corrected requested rates: $4,554.75. Further Ballentine rate reduction on retained hours: $2,131.25. Proposed fees: $6,520.00. Costs retained: $494.23. Proposed combined award: $7,014.23.**

The billed-value column uses the corrected requested $425 rate for AB; the retained-value column uses Defendant's proposed $300 rate for AB. The reduction column includes the task reduction plus the $125 difference on retained AB hours, counted once. The filed summary places 0.40 hour at $500 without identifying that particular row. Normalizing all AB hours produces $13,206.00 before entry reductions and avoids attributing the mistake to a guessed row. The alternative calculation at $425 yields $8,651.25 in fees. Other rates remain KC $275, JLK $210, YK $225, KM $210, KLM $175. The initials are associated with the named timekeepers from the filing's summary; JLK is treated as Kern and KLM as Mills. Codes: E = distinct state-claim task; C = clerical/administrative; D = supporting overlap; N = Count I nexus not shown; A = proposed allocation of a mixed entry; OK = no entry-specific hours reduction; the proposed $300 AB rate still applies. Every reduction is counted once. A and conditional E/N/D reductions are requested estimates or exclusions subject to the

Court's findings and any substantiated Count I explanation. Retained hours are proposed, not a representation of measured claim-specific time. No additional percentage reduction is stacked on these entries.

| Category | Hours removed | Task reduction at corrected requested rates |
|---|---|---|
| N | 0.30 | $82.50 |
| A | 6.05 | $2,316.25 |
| E | 3.00 | $1,047.50 |
| C | 3.10 | $861.00 |
| D | 0.90 | $247.50 |

Timekeeper names: Andrew S. Ballentine; Karen Cooper; Joshua Kern; Yoseob Kim; Kaley Madden; Kenley Mills.

| Row and source | Filed description | Billed hours and corrected value | Retained hours and proposed value | Objection and proposed treatment | Reduction |
|---|---|---|---|---|---|
| 1<br>02/13/2026<br>KC<br>Doc. p. 6 | Analysis of causes of action for adversary proceeding. | 0.20<br>$55.00 | 0.00<br>$0.00 | N<br>Adversary-proceeding analysis identifies a different forum and no Count I task. Exclude absent a specific showing that this work was necessary preparation for Count I. | $55.00 |
| 2<br>02/24/2026<br>KC<br>Doc. p. 6 | Strategize regarding the drafting of the federal District Court Complaint for FLSA violation and demand letter for worthless check. | 0.20<br>$55.00 | 0.10<br>$27.50 | A<br>Combines FLSA strategy with a separate worthless-check demand. Retain half as an estimated allocation; require support for any larger Count I share. | $27.50 |
| 3<br>02/24/2026<br>KC<br>Doc. p. 6 | Draft and revise Demand Letter regarding Worthless Check and analyze statutory requirements under Section 68.065, Florida Statutes for Noelle Buonincontri. | 0.50<br>$137.50 | 0.00<br>$0.00 | E<br>Expressly devoted to worthless-check statutory demand or defenses, rather than establishing the FLSA claim. Exclude the distinct task. | $137.50 |
| 4<br>02/24/2026<br>AB<br>Doc. p. 6 | Review and revise Notice to H. Liriano re: worthless check demand | 0.40<br>$170.00 | 0.00<br>$0.00 | E<br>Expressly devoted to worthless-check statutory demand or defenses, rather than establishing the FLSA claim. Exclude the distinct task. | $170.00 |
| 5<br>03/16/2026<br>KC<br>Doc. p. 6 | Draft federal Complaint and Demand for Jury Trial regarding Fair Labor Standards Act violations, fraudulent inducement, and worthless check, and research regarding same. | 0.90<br>$247.50 | 0.60<br>$165.00 | A<br>Expressly drafts and researches FLSA, fraud, and worthless-check claims. Retain 0.60 for common facts and FLSA; remove an estimated 0.30 for separate theories. This is an estimate, not an equal division by count. | $82.50 |
| 6<br>03/16/2026<br>KC<br>Doc. p. 6 | Confer with attorney regarding strategy for Complaint. | 0.10<br>$27.50 | 0.10<br>$27.50 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 7<br>03/16/2026<br>KC<br>Doc. p. 6 | Revise federal Complaint and Demand for Jury Trial. | 0.70<br>$192.50 | 0.40<br>$110.00 | A<br>Further revision of the multi-claim complaint; no claim allocation supplied. Retain 0.40, with 0.30 estimated for distinct state-law allegations. | $82.50 |

| Row and source | Filed description | Billed hours and corrected value | Retained hours and proposed value | Objection and proposed treatment | Reduction |
|---|---|---|---|---|---|
| 8<br>03/20/2026<br>AB<br>Doc. p. 6 | Review and substantially revise Complaint against H. Liriano | 1.60<br>$680.00 | 0.80<br>$240.00 | A<br>Substantial revision of the same multi-claim complaint. Retain 0.80 as an estimated Count I/common-facts share; applicant must justify charging all 1.60. | $440.00 |
| 9<br>03/20/2026<br>KC<br>Doc. p. 6 | Phone call with attorney to strategize regarding Complaint. | 0.10<br>$27.50 | 0.10<br>$27.50 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 10<br>03/20/2026<br>KC<br>Doc. p. 6 | Prepare Affidavit of First-Class Mail Service regarding service of notice to Humberto Liriano. | 0.10<br>$27.50 | 0.00<br>$0.00 | E<br>Affidavit concerns pre-suit service of a notice, before the complaint was filed, adjacent to the worthless-check demand. Exclude unless applicant establishes a separate Count I purpose; notarization/conversion also warrants clerical review. | $27.50 |
| 11<br>03/20/2026<br>KC<br>Doc. p. 6 | Convert, revise, and redact Affidavit of First-Class Mail Service regarding service of notice to Humberto Liriano. | 0.20<br>$55.00 | 0.00<br>$0.00 | E<br>Affidavit concerns pre-suit service of a notice, before the complaint was filed, adjacent to the worthless-check demand. Exclude unless applicant establishes a separate Count I purpose; notarization/conversion also warrants clerical review. | $55.00 |
| 12<br>03/20/2026<br>JLK<br>Doc. p. 7 | Review, revise, and notarize Affidavit of Mailing. | 0.50<br>$105.00 | 0.00<br>$0.00 | E<br>Affidavit concerns pre-suit service of a notice, before the complaint was filed, adjacent to the worthless-check demand. Exclude unless applicant establishes a separate Count I purpose; notarization/conversion also warrants clerical review. | $105.00 |
| 13<br>03/23/2026<br>KC<br>Doc. p. 7 | Research Federal and Local Rules regarding Corporate Disclosure Statement, Notice of Pendency, Lead Counsel Designation, and Case Management Report. | 0.20<br>$55.00 | 0.20<br>$55.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 14<br>03/23/2026<br>KC<br>Doc. p. 7 | Draft Plaintiff's Disclosure Statement under Rule 7.1 and Local Rule 3.03. | 0.20<br>$55.00 | 0.00<br>$0.00 | C<br>Routine completion of disclosure, designation, cover-sheet, or summons forms. Exclude ministerial preparation on this description; distinguish any genuine legal analysis from form entry. | $55.00 |
| 15<br>03/23/2026<br>KC<br>Doc. p. 7 | Draft Notice of Pendency of Other Actions under Local Rule 1.07(c). | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Routine completion of disclosure, designation, cover-sheet, or summons forms. Exclude ministerial preparation on this description; distinguish any genuine legal analysis from form entry. | $27.50 |
| 16<br>03/23/2026<br>KC<br>Doc. p. 7 | Draft Notice of Lead Counsel Designation. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Routine completion of disclosure, designation, cover-sheet, or summons forms. Exclude ministerial preparation on this description; distinguish any genuine legal analysis from form entry. | $27.50 |
| 17<br>03/23/2026<br>AB<br>Doc. p. 7 | Review and revise Complaint, including factual allegations and FLSA claim | 0.30<br>$127.50 | 0.30<br>$90.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $37.50 |
| 18<br>03/24/2026<br>AB<br>Doc. p. 7 | Review and respond to correspondence from N. Buonincontri re: update on status of complaint and case | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |

| Row and source | Filed description | Billed hours and corrected value | Retained hours and proposed value | Objection and proposed treatment | Reduction |
|---|---|---|---|---|---|
| 19<br>03/31/2026<br>KC<br>Doc. p. 7 | Draft Civil Cover Sheet. | 0.30<br>$82.50 | 0.00<br>$0.00 | C<br>Routine completion of disclosure, designation, cover-sheet, or summons forms. Exclude ministerial preparation on this description; distinguish any genuine legal analysis from form entry. | $82.50 |
| 20<br>04/01/2026<br>KC<br>Doc. p. 7 | Revise Civil Cover Sheet. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Routine completion of disclosure, designation, cover-sheet, or summons forms. Exclude ministerial preparation on this description; distinguish any genuine legal analysis from form entry. | $27.50 |
| 21<br>04/01/2026<br>KC<br>Doc. p. 7 | Draft proposed summons for Defendant, Humberto Liriano | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Routine completion of disclosure, designation, cover-sheet, or summons forms. Exclude ministerial preparation on this description; distinguish any genuine legal analysis from form entry. | $27.50 |
| 22<br>04/01/2026<br>KC<br>Doc. p. 7 | Electronically file Complaint, Civil Cover Sheet, Proposed Summons, Notice of Lead Counsel, Corporate Disclosure Statement, and Notice of Pendency of Other Action. | 0.50<br>$137.50 | 0.00<br>$0.00 | C<br>Electronic submission/filing is clerical overhead rather than compensable legal work. | $137.50 |
| 23<br>04/01/2026<br>KC<br>Doc. p. 7 | Correspond with client regarding filing of Complaint and next steps. | 0.10<br>$27.50 | 0.10<br>$27.50 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 24<br>04/01/2026<br>KC<br>Doc. p. 7 | Review Notice of Case Assignment to Judge Anne-Leigh Gaylord Moe and Magistrate Judge Leslie Hoffman Price. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Routine receipt/review of assignment, summons, administrative notice, referral, or filing notification; no substantive analysis described. | $27.50 |
| 25<br>04/02/2026<br>KC<br>Doc. p. 7 | Receipt and review of Summons issued as to Humberto A. Liriano. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Routine receipt/review of assignment, summons, administrative notice, referral, or filing notification; no substantive analysis described. | $27.50 |
| 26<br>04/02/2026<br>KC<br>Doc. p. 7 | Research Federal Rule of Civil Procedure 4 regarding service of summons and process requirements. | 0.10<br>$27.50 | 0.10<br>$27.50 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 27<br>04/02/2026<br>KC<br>Doc. p. 7 | Correspond with process server regarding service of the Summons and Complaint. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Service-status coordination and tracking are administrative on this description. Multiple follow-ups are not automatically duplicate, but no legal analysis is identified. | $27.50 |
| 28<br>04/06/2026<br>AB<br>Doc. p. 7 | Review Order (Doc. 7) re: Local Rules compliance | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |
| 29<br>04/06/2026<br>AB<br>Doc. p. 7 | Review Standing Order Requiring Disclosure of Third-Party Litigation Funding (Doc. 9) | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |
| 30<br>04/06/2026<br>KC<br>Doc. p. 7 | Receipt and review of Notice to Counsel and Parties. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Routine receipt/review of assignment, summons, administrative notice, referral, or filing notification; no substantive analysis described. | $27.50 |

| Row and source | Filed description | Billed hours and corrected value | Retained hours and proposed value | Objection and proposed treatment | Reduction |
|---|---|---|---|---|---|
| 31<br>04/06/2026<br>KC<br>Doc. p. 7 | Receipt and review of Order Referring Case to assigned Magistrate Judge for Report and Recommendation. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Routine receipt/review of assignment, summons, administrative notice, referral, or filing notification; no substantive analysis described. | $27.50 |
| 32<br>04/06/2026<br>KC<br>Doc. p. 7 | Receipt and review of Standing Order Requiring Disclosure of Third-Party Litigation Funding and calendar deadline. | 0.10<br>$27.50 | 0.00<br>$0.00 | D<br>Calendar/receipt task overlaps substantive attorney review of the same funding order or service affidavit. Exclude this supporting receipt/calendar entry; retain attorney review. | $27.50 |
| 33<br>04/06/2026<br>KC<br>Doc. p. 7 | Draft Certification of No Third-Party Litigation Funding. | 0.20<br>$55.00 | 0.00<br>$0.00 | C<br>Routine no-funding certification. Retain attorney review at row 34; exclude form preparation unless a substantive legal task is shown. | $55.00 |
| 34<br>04/06/2026<br>AB<br>Doc. p. 7 | Review and revise Certification of No Third-Party Litigation Funding | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |
| 35<br>04/06/2026<br>KC<br>Doc. p. 7 | Electronically file Certification of No Third-Party Litigation Funding. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Electronic submission/filing is clerical overhead rather than compensable legal work. | $27.50 |
| 36<br>04/08/2026<br>AB<br>Doc. p. 8 | Teleconference with client re: status update and other case-related issues | 0.60<br>$255.00 | 0.60<br>$180.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $75.00 |
| 37<br>04/10/2026<br>KC<br>Doc. p. 8 | Correspond with process server regarding status of service of the Summons and Complaint. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Service-status coordination and tracking are administrative on this description. Multiple follow-ups are not automatically duplicate, but no legal analysis is identified. | $27.50 |
| 38<br>04/10/2026<br>KM<br>Doc. p. 8 | Review service of process update and correspond with Karen Cooper regarding status of service on Humberto Liriano. | 0.10<br>$21.00 | 0.00<br>$0.00 | C<br>Service-status coordination and tracking are administrative on this description. Multiple follow-ups are not automatically duplicate, but no legal analysis is identified. | $21.00 |
| 39<br>04/17/2026<br>KC<br>Doc. p. 8 | Correspond with process server following up on status of service. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Service-status coordination and tracking are administrative on this description. Multiple follow-ups are not automatically duplicate, but no legal analysis is identified. | $27.50 |
| 40<br>04/17/2026<br>KC<br>Doc. p. 8 | Correspond with process server regarding status of service. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Service-status coordination and tracking are administrative on this description. Multiple follow-ups are not automatically duplicate, but no legal analysis is identified. | $27.50 |
| 41<br>04/17/2026<br>KC<br>Doc. p. 8 | Correspondence with process server regarding service attempts made. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Service-status coordination and tracking are administrative on this description. Multiple follow-ups are not automatically duplicate, but no legal analysis is identified. | $27.50 |
| 42<br>04/20/2026<br>AB<br>Doc. p. 8 | Review executed Affidavit of Service | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |

| Row and source | Filed description | Billed hours and corrected value | Retained hours and proposed value | Objection and proposed treatment | Reduction |
|---|---|---|---|---|---|
| 43<br>04/21/2026<br>AB<br>Doc. p. 8 | Prepare correspondence to J. Ainsworth re: response to H. Liriano's settlement offer and request for affidavit of assets/liabilities and income with supporting documents | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |
| 44<br>04/21/2026<br>AB<br>Doc. p. 8 | Review and respond to correspondence from J. Ainsworth re: offering bankruptcy schedules in lieu of financial affidavit and request for clarification | 0.60<br>$255.00 | 0.30<br>$90.00 | A<br>Financial schedules/assets/bank statements concern collectability and broader settlement. Retain half as an estimated Count I negotiation share; applicant should substantiate why all was needed for Count I. | $165.00 |
| 45<br>04/21/2026<br>KC<br>Doc. p. 8 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/ rejection motions): Receive and review Return of Service and calendar deadline for Humberto Liriano to file response to Complaint. | 0.10<br>$27.50 | 0.00<br>$0.00 | D<br>Calendar/receipt task overlaps substantive attorney review of the same funding order or service affidavit. Exclude this supporting receipt/calendar entry; retain attorney review. | $27.50 |
| 46<br>04/21/2026<br>KC<br>Doc. p. 8 | Submit Return of Service as to Humberto Liriano to the Court. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Electronic submission/filing is clerical overhead rather than compensable legal work. | $27.50 |
| 47<br>05/06/2026<br>KC<br>Doc. p. 8 | Confer with Andrew regarding litigation strategy following dismissal of bankruptcy case. | 0.10<br>$27.50 | 0.00<br>$0.00 | N<br>Bankruptcy-dismissal strategy does not identify which work advanced Count I. Exclude absent a demonstrated nexus; not excluded merely because bankruptcy is mentioned. | $27.50 |
| 48<br>05/06/2026<br>KC<br>Doc. p. 8 | Draft proposed Clerk's Default against Humberto A. Liriano. | 0.10<br>$27.50 | 0.10<br>$27.50 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 49<br>05/06/2026<br>KC<br>Doc. p. 8 | Draft Motion for Clerk's Default against Humberto A. Liriano. | 0.30<br>$82.50 | 0.30<br>$82.50 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 50<br>05/06/2026<br>KC<br>Doc. p. 8 | Address issues for Motion for Clerk's Default against Humberto A. Liriano | 0.10<br>$27.50 | 0.10<br>$27.50 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 51<br>05/06/2026<br>AB<br>Doc. p. 8 | Teleconference with J. Ainsworth re: enhanced settlement offer from Liriano | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 52<br>05/06/2026<br>AB<br>Doc. p. 8 | Prepare correspondence to N. Buonincontri re: updated settlement proposal from Liriano's counsel and thoughts re the same | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |
| 53<br>05/06/2026<br>AB<br>Doc. p. 8 | Teleconference with N. Buonincontri re: discuss settlement proposal from Defendant and related concerns and issues | 0.70<br>$297.50 | 0.70<br>$210.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $87.50 |
| 54<br>05/06/2026<br>AB<br>Doc. p. 8 | Prepare correspondence to N. Buonincontri re: delivery of H. Liriano's bankruptcy schedules and analysis of assets and income | 0.60<br>$255.00 | 0.30<br>$90.00 | A<br>Financial schedules/assets/bank statements concern collectability and broader settlement. Retain half as an estimated Count I negotiation share; applicant should substantiate why all was needed for Count I. | $165.00 |

| Row and source | Filed description | Billed hours and corrected value | Retained hours and proposed value | Objection and proposed treatment | Reduction |
|---|---|---|---|---|---|
| 55<br>05/07/2026<br>AB<br>Doc. p. 8 | Review and analyze issues re: affirmative defenses to worthless check claim and timing of check versus garnishment | 1.30<br>$552.50 | 0.00<br>$0.00 | E<br>Expressly devoted to worthless-check statutory demand or defenses, rather than establishing the FLSA claim. Exclude the distinct task. | $552.50 |
| 56<br>05/07/2026<br>AB<br>Doc. p. 8 | Teleconferences with J. Ainsworth re: settlement privileged documents and discuss pending claims | 0.40<br>$170.00 | 0.40<br>$120.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $50.00 |
| 57<br>05/07/2026<br>AB<br>Doc. p. 8 | Exchange correspondences with client re: potential recoverable assets and evaluating settlement proposal and documents | 0.40<br>$170.00 | 0.20<br>$60.00 | A<br>Financial schedules/assets/bank statements concern collectability and broader settlement. Retain half as an estimated Count I negotiation share; applicant should substantiate why all was needed for Count I. | $110.00 |
| 58<br>05/08/2026<br>AB<br>Doc. p. 8 | Review and analyze settlement documents from Liriano | 0.40<br>$170.00 | 0.40<br>$120.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $50.00 |
| 59<br>05/09/2026<br>AB<br>Doc. p. 9 | Exchange correspondence with client re: evaluation of settlement documents and counteroffer/response | 0.50<br>$212.50 | 0.50<br>$150.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $62.50 |
| 60<br>05/09/2026<br>AB<br>Doc. p. 9 | Prepare correspondence to J. Ainsworth re: request for additional bank statements and clarification on omitted statements based on transfers | 0.10<br>$42.50 | 0.05<br>$15.00 | A<br>Financial schedules/assets/bank statements concern collectability and broader settlement. Retain half as an estimated Count I negotiation share; applicant should substantiate why all was needed for Count I. | $27.50 |
| 61<br>05/09/2026<br>AB<br>Doc. p. 9 | Exchange correspondences with J. Ainsworth re: additional settlement documents for review and consideration | 0.50<br>$212.50 | 0.50<br>$150.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $62.50 |
| 62<br>05/09/2026<br>AB<br>Doc. p. 9 | Prepare correspondence to client re: additional documents for review | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |
| 63<br>05/10/2026<br>AB<br>Doc. p. 9 | Review additional settlement documents from H. Liriano | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 64<br>05/10/2026<br>AB<br>Doc. p. 9 | Review and respond to correspondence from client re: latest documents from Liriano and thoughts re the same | 0.30<br>$127.50 | 0.30<br>$90.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $37.50 |
| 65<br>05/11/2026<br>AB<br>Doc. p. 9 | Exchange correspondences with J. Ainsworth re: additional statements and addressing issues re court approval of settlement | 0.30<br>$127.50 | 0.30<br>$90.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $37.50 |
| 66<br>05/11/2026<br>AB<br>Doc. p. 9 | Exchange correspondence with client re: settlement negotiations | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |

| Row and source | Filed description | Billed hours and corrected value | Retained hours and proposed value | Objection and proposed treatment | Reduction |
|---|---|---|---|---|---|
| 67<br>05/12/2026<br>AB<br>Doc. p. 9 | Revise Motion for Entry of Clerk's Default | 0.90<br>$382.50 | 0.90<br>$270.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $112.50 |
| 68<br>05/12/2026<br>KLM<br>Doc. p. 9 | Analyze status of responsive pleadings to evaluate procedural grounds for Motion for Clerk's Default; confer with Attorney regarding the same. | 0.10<br>$17.50 | 0.10<br>$17.50 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 69<br>05/12/2026<br>AB<br>Doc. p. 9 | Prepare correspondence to J. Ainsworth, Liriano's counsel, re: appearance, Liriano's default, and request for position on clerk's default motion | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 70<br>05/12/2026<br>AB<br>Doc. p. 9 | Teleconference with J. Ainsworth re: not representing Liriano in pending case, motion for default, and additional settlement documents for review | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 71<br>05/12/2026<br>AB<br>Doc. p. 9 | Teleconferences with J. Ainsworth re: follow-up discussion re default motion, settlement discussions, and other case-related issues | 0.40<br>$170.00 | 0.40<br>$120.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $50.00 |
| 72<br>05/13/2026<br>AB<br>Doc. p. 9 | Finalize Motion for Clerk's Default | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |
| 73<br>05/13/2026<br>AB<br>Doc. p. 9 | Review and analyze additional settlement documents from J. Ainsworth | 0.40<br>$170.00 | 0.40<br>$120.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $50.00 |
| 74<br>05/13/2026<br>AB<br>Doc. p. 9 | Prepare correspondence to client re: update on motion and settlement counteroffer proposal | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 75<br>05/13/2026<br>KC<br>Doc. p. 9 | Receipt and review of court notification regarding Motion for Clerk's Entry of Default against Humberto A. Liriano. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Routine receipt/review of assignment, summons, administrative notice, referral, or filing notification; no substantive analysis described. | $27.50 |
| 76<br>05/13/2026<br>KC<br>Doc. p. 9 | Receipt and review of Endorsed Order granting Motion for Clerk's Default Against Defendant. | 0.10<br>$27.50 | 0.00<br>$0.00 | D<br>Supporting review duplicates attorney review of the same order/default (rows 77, 79, or 90). Exclude supporting review absent a distinct contribution. | $27.50 |
| 77<br>05/13/2026<br>AB<br>Doc. p. 9 | Review Endorsed Order Granting Motion for Clerk's Default (Doc. 13) | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |
| 78<br>05/13/2026<br>KC<br>Doc. p. 9 | Receipt and review of Clerk's Entry of Default as to Humberto A. Liriano. | 0.10<br>$27.50 | 0.00<br>$0.00 | D<br>Supporting review duplicates attorney review of the same order/default (rows 77, 79, or 90). Exclude supporting review absent a distinct contribution. | $27.50 |

| Row and source | Filed description | Billed hours and corrected value | Retained hours and proposed value | Objection and proposed treatment | Reduction |
|---|---|---|---|---|---|
| 79<br>05/13/2026<br>AB<br>Doc. p. 9 | Review Clerk's Default (Doc. 14) | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |
| 80<br>05/13/2026<br>AB<br>Doc. p. 9 | Prepare correspondence to J. Ainsworth re: settlement counteroffer | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 81<br>05/13/2026<br>AB<br>Doc. p. 9 | Review and respond to correspondence from J. Ainsworth re: request for fees and costs for settlement counteroffer, and providing snippet of current fees and costs | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 82<br>05/13/2026<br>AB<br>Doc. p. 10 | Review and respond to correspondences from client re: settlement authority and rejection by Liriano | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 83<br>05/13/2026<br>AB<br>Doc. p. 10 | Review and respond to correspondence from J. Ainsworth re: response from Liriano re settlement counteroffer and noting rejection | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 84<br>05/14/2026<br>AB<br>Doc. p. 10 | Review and respond to correspondence from client re: strategy moving forward with liquidating claims | 0.30<br>$127.50 | 0.30<br>$90.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $37.50 |
| 85<br>05/14/2026<br>KC<br>Doc. p. 10 | Strategize with Attorney Ballentine regarding summary judgment versus default judgment. | 0.10<br>$27.50 | 0.10<br>$27.50 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 86<br>05/14/2026<br>AB<br>Doc. p. 10 | Review Motion to Dismiss (Doc. 15) | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |
| 87<br>05/15/2026<br>KC<br>Doc. p. 10 | Review and consideration of Liriano's Partial Motion to Dismiss. | 0.20<br>$55.00 | 0.20<br>$55.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 88<br>05/15/2026<br>KC<br>Doc. p. 10 | Reviewed and analyzed client email regarding litigation strategy, damages documentation, collection options, and potential Board of Medicine complaint escalation. | 0.10<br>$27.50 | 0.00<br>$0.00 | A — EXCLUDE ENTIRE ENTRY<br>The description mixes litigation and collection topics with possible Board of Medicine complaint escalation. Defendant is unaware of any medical-board complaint arising from this dispute. The entry does not segregate time reasonably attributable to Count I from collateral licensing matters. Defendant requests exclusion of the entire entry unless Plaintiff substantiates a compensable Count I portion. | $27.50 |

| Row and source | Filed description | Billed hours and corrected value | Retained hours and proposed value | Objection and proposed treatment | Reduction |
|---|---|---|---|---|---|
| 89<br>05/16/2026<br>AB<br>Doc. p. 10 | Review and respond to correspondence from client re: late filed Motion to Dismiss and addressing issues for preparation of affidavit for default judgment/ MSJ | 0.50<br>$212.50 | 0.50<br>$150.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $62.50 |
| 90<br>05/18/2026<br>AB<br>Doc. p. 10 | Review Order Denying Motion to Dismiss (Doc. 16) | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |
| 91<br>05/18/2026<br>KC<br>Doc. p. 10 | Analyze strategy regarding Motion for Summary Judgment and supporting affidavits against Humberto Liriano. | 0.20<br>$55.00 | 0.20<br>$55.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 92<br>05/18/2026<br>KC<br>Doc. p. 10 | Receipt and review of Order denying without prejudice Liriano's Partial Motion to Dismiss. | 0.10<br>$27.50 | 0.00<br>$0.00 | D<br>Supporting review duplicates attorney review of the same order/default (rows 77, 79, or 90). Exclude supporting review absent a distinct contribution. | $27.50 |
| 93<br>05/18/2026<br>KC<br>Doc. p. 10 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): Correspond with client regarding Order Denying Motion to Dismiss. | 0.10<br>$27.50 | 0.10<br>$27.50 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 94<br>05/19/2026<br>KC<br>Doc. p. 10 | Draft Motion for Final Summary Judgment against Humberto Liriano. | 1.20<br>$330.00 | 0.60<br>$165.00 | A<br>Summary-judgment motion/affidavit followed by default-judgment work. Retain half pending proof of Count I content and reuse; do not assume unfiled work is categorically noncompensable. | $165.00 |
| 95<br>05/19/2026<br>KC<br>Doc. p. 10 | Draft Affidavit in support of Motion for Summary Judgment. | 0.50<br>$137.50 | 0.25<br>$68.75 | A<br>Summary-judgment motion/affidavit followed by default-judgment work. Retain half pending proof of Count I content and reuse; do not assume unfiled work is categorically noncompensable. | $68.75 |
| 96<br>05/22/2026<br>AB<br>Doc. p. 10 | Review and respond to correspondence from H. Liriano re: position on Motion to Set Aside Clerk's Default, and settlement offer | 0.30<br>$127.50 | 0.30<br>$90.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $37.50 |
| 97<br>05/22/2026<br>AB<br>Doc. p. 10 | Review and respond to correspondences from client re: damages calculations, Liriano's potential criminal issues and intanglement with civil case, and settlement proposal from Liriano | 0.50<br>$212.50 | 0.00<br>$0.00 | A — EXCLUDE ENTIRE ENTRY<br>The description combines damages and settlement correspondence with discussion of Defendant's potential criminal issues. Defendant states no criminal charges were brought. The entry does not segregate time reasonably necessary for Count I from the collateral subject. Defendant requests exclusion of the entire entry unless Plaintiff substantiates a compensable Count I portion. | $212.50 |
| 98<br>05/22/2026<br>AB<br>Doc. p. 10 | Review draft Motion to Set Aside Default | 0.40<br>$170.00 | 0.40<br>$120.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $50.00 |

| Row and source | Filed description | Billed hours and corrected value | Retained hours and proposed value | Objection and proposed treatment | Reduction |
|---|---|---|---|---|---|
| 99<br>05/22/2026<br>YK<br>Doc. p. 10 | A102 Research L120 Analysis/Strategy: Reviewed complaint, default filings, defendant's partial motion to dismiss, court order, and proposed motion to set aside clerk's default and analyzed Rule 55(c) good cause factors and drafted internal assessment regarding potential opposition and meritorious defense issues. | 1.40<br>$315.00 | 1.40<br>$315.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 100<br>05/22/2026<br>AB<br>Doc. p. 10 | Review and respond to client re: authority for counteroffer to Liriano | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 101<br>05/22/2026<br>AB<br>Doc. p. 10 | Review and respond to correspondence from H. Liriano re: meet and confer availability, and counteroffer to settlement response | 0.30<br>$127.50 | 0.30<br>$90.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $37.50 |
| 102<br>05/23/2026<br>AB<br>Doc. p. 11 | Review and respond to correspondence from H. Liriano re: position on motion for default judgment and delay tactics | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 103<br>05/23/2026<br>AB<br>Doc. p. 11 | Prepare Motion for Default Judgment | 1.60<br>$680.00 | 0.80<br>$240.00 | A<br>Doc. 17 seeks judgment on three counts and separately argues fraud (pp. 12–15) and worthless check (pp. 15–17). The time entry does not allocate tasks. Retain half provisionally for Count I/common work; the percentage estimates time, not page count. Reassess with the supporting declaration and any task-specific explanation. | $440.00 |
| 104<br>05/23/2026<br>AB<br>Doc. p. 11 | Revise Affidavit of N. Buonincontri | 1.00<br>$425.00 | 0.50<br>$150.00 | A<br>Doc. 17 seeks judgment on three counts and separately argues fraud (pp. 12–15) and worthless check (pp. 15–17). The time entry does not allocate tasks. Retain half provisionally for Count I/common work; the percentage estimates time, not page count. Reassess with the supporting declaration and any task-specific explanation. | $275.00 |
| 105<br>05/23/2026<br>AB<br>Doc. p. 11 | Revise Motion for Final Default Judgment re: updating fact citations to correspond with declaration paragraphs | 0.30<br>$127.50 | 0.15<br>$45.00 | A<br>Doc. 17 seeks judgment on three counts and separately argues fraud (pp. 12–15) and worthless check (pp. 15–17). The time entry does not allocate tasks. Retain half provisionally for Count I/common work; the percentage estimates time, not page count. Reassess with the supporting declaration and any task-specific explanation. | $82.50 |
| 106<br>05/23/2026<br>AB<br>Doc. p. 11 | Review N. Buonincontri's Declaration in Support of Motion for Final Default Judgment | 0.40<br>$170.00 | 0.20<br>$60.00 | A<br>Doc. 17 seeks judgment on three counts and separately argues fraud (pp. 12–15) and worthless check (pp. 15–17). The time entry does not allocate tasks. Retain half provisionally for Count I/common work; the percentage estimates time, not page count. Reassess with the supporting declaration and any task-specific explanation. | $110.00 |
| 107<br>05/25/2026<br>AB<br>Doc. p. 11 | Exchange correspondence with client re: draft declaration for motion for default judgment and addressing concerns | 0.20<br>$85.00 | 0.10<br>$30.00 | A<br>Doc. 17 seeks judgment on three counts and separately argues fraud (pp. 12–15) and worthless check (pp. 15–17). The time entry does not allocate tasks. Retain half provisionally for Count I/common work; the percentage estimates time, not page count. Reassess with the supporting declaration and any task-specific explanation. | $55.00 |

| Row and source | Filed description | Billed hours and corrected value | Retained hours and proposed value | Objection and proposed treatment | Reduction |
|---|---|---|---|---|---|
| 108<br>05/25/2026<br>AB<br>Doc. p. 11 | Finalize Declaration in support of Motion for Final Default Judgment | 0.50<br>$212.50 | 0.25<br>$75.00 | A<br>Doc. 17 seeks judgment on three counts and separately argues fraud (pp. 12–15) and worthless check (pp. 15–17). The time entry does not allocate tasks. Retain half provisionally for Count I/common work; the percentage estimates time, not page count. Reassess with the supporting declaration and any task-specific explanation. | $137.50 |
| 109<br>05/25/2026<br>AB<br>Doc. p. 11 | Prepare correspondence to N. Buonincontri re: delivery of declaration for final review and signature | 0.10<br>$42.50 | 0.00<br>$0.00 | C<br>Delivery for signature or transmission of a filed copy is administrative on the description supplied. | $42.50 |
| 110<br>05/26/2026<br>AB<br>Doc. p. 11 | Revise Motion for Final Default Judgment re: update declaration entries and calculate total damages | 0.40<br>$170.00 | 0.20<br>$60.00 | A<br>Doc. 17 seeks judgment on three counts and separately argues fraud (pp. 12–15) and worthless check (pp. 15–17). The time entry does not allocate tasks. Retain half provisionally for Count I/common work; the percentage estimates time, not page count. Reassess with the supporting declaration and any task-specific explanation. | $110.00 |
| 111<br>05/26/2026<br>KC<br>Doc. p. 11 | Review correspondence with attorney and client regarding declaration execution, settlement discussions, and status of legal representation for Defendant. | 0.20<br>$55.00 | 0.00<br>$0.00 | D<br>Law-clerk review of correspondence overlaps counsel handling the same declaration, settlement, representation, or conferral topics. Exclude absent a distinct contribution. | $55.00 |
| 112<br>05/26/2026<br>KC<br>Doc. p. 11 | Review correspondence with attorney and pro se Defendant regarding settlement discussions, conferral on Motion for Default Judgment, and intent to retain counsel. | 0.20<br>$55.00 | 0.00<br>$0.00 | D<br>Law-clerk review of correspondence overlaps counsel handling the same declaration, settlement, representation, or conferral topics. Exclude absent a distinct contribution. | $55.00 |
| 113<br>05/26/2026<br>KC<br>Doc. p. 11 | Review Motion for Default Judgment, Declaration, and Rule 55 procedure regarding entry by clerk and prepare for mailing. | 0.10<br>$27.50 | 0.05<br>$13.75 | A<br>Combines review of Rule 55 with preparation for mailing. Retain half for legal review and exclude the estimated ministerial portion. | $13.75 |
| 114<br>05/26/2026<br>KC<br>Doc. p. 11 | Correspond with client regarding copy of filed Motion for Default Judgment and Affidavit. | 0.10<br>$27.50 | 0.00<br>$0.00 | C<br>Delivery for signature or transmission of a filed copy is administrative on the description supplied. | $27.50 |
| 115<br>05/28/2026<br>AB<br>Doc. p. 11 | Review and respond to correspondence from T. Shulby, Liriano's purported counsel, re: potential representation of Liriano, and request for conferral on motion to set aside default | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 116<br>05/28/2026<br>AB<br>Doc. p. 11 | Review and respond to correspondence from T. Shulby re: confirm retention and intention to set aside default | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 117<br>05/28/2026<br>KC<br>Doc. p. 11 | Review correspondence with opposing counsel regarding setting aside default. | 0.10<br>$27.50 | 0.10<br>$27.50 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |
| 118<br>05/28/2026<br>AB<br>Doc. p. 11 | Review and respond to correspondence from T. Shulby, Liriano's counsel, re: response to proffered explanation and repeating availability for Rule 3.01(g) conference | 0.40<br>$170.00 | 0.40<br>$120.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $50.00 |

| Row and source | Filed description | Billed hours and corrected value | Retained hours and proposed value | Objection and proposed treatment | Reduction |
|---|---|---|---|---|---|
| 119<br>05/28/2026<br>AB<br>Doc. p. 11 | Review and respond to correspondence from T. Shulby, Liriano's counsel, re: Rule 3.01(g) conference and reiterating request for draft motion | 0.20<br>$85.00 | 0.20<br>$60.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $25.00 |
| 120<br>05/28/2026<br>AB<br>Doc. p. 11 | Prepare correspondence to client re: update on default judgment, and "request" by Liriano's alleged counsel to set aside the default | 0.10<br>$42.50 | 0.10<br>$30.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $12.50 |
| 121<br>05/29/2026<br>AB<br>Doc. p. 12 | Review and respond to correspondence from client re: explaining Liriano's arguments and theory for motion to set aside the default | 0.50<br>$212.50 | 0.50<br>$150.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $62.50 |
| 122<br>05/29/2026<br>AB<br>Doc. p. 12 | Teleconference with T. Shulby, Liriano's counsel, re: meet and confer re motion to set aside the default | 0.30<br>$127.50 | 0.30<br>$90.00 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $37.50 |
| 123<br>05/29/2026<br>KC<br>Doc. p. 12 | Review correspondence from client regarding default judgment, defendant's residency, and litigation strategy. | 0.10<br>$27.50 | 0.10<br>$27.50 | OK<br>No entry-specific hours reduction requested. Ordinary case preparation, substantive review, client communication, settlement negotiation, or default procedure is retained. | $0.00 |

**Total billed: 35.80 hours. Total retained: 22.45 hours. Corrected billed value: $13,206.00. Task reductions: $4,554.75. Rate reduction on retained AB hours: $2,131.25. Proposed fees: $6,520.00. The separate $30 rate correction reconciles the original $13,236 request to the corrected billed value.**

Cost entries: April 1 filing fee $405; April 21 service $85; May 13 postage $0.74; May 26 postage $2.44; May 26 copying $1.05. No cost reduction requested. Total $494.23.

Submitted: October 19, 2026

Humberto A. Liriano, Defendant, Pro Se

Telephone: 407-455-3165

Email: haliriano@yahoo.com

**Certification Under Penalty of Perjury That Artificial Intelligence Was Used in the Preparation of This Filing**

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. Artificial intelligence was used in the preparation of this filing in the following way: ChatGPT assisted with reviewing and organizing the billing entries, calculating proposed reductions, and drafting and formatting this line-by-line schedule. However, under penalty of perjury, I certify that before filing, I personally reviewed Rule 11 of the Federal Rules of Civil Procedure and I personally read every case. I understand that if a case upon which I rely does not exist or does not reasonably stand for the cited proposition, the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, that as the person signing this filing I am the person who will be held responsible for its contents even if it was prepared by someone else, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

Signature: ______________________

Humberto A. Liriano, Defendant, Pro Se

Dated: October 19, 2026

Telephone: 407-455-3165 | Email: haliriano@yahoo.com